FILED
2013 Nov-12 PM 04:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| **JOSEPH R. LAFARGE, *et al.*,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. CV-12-S-2505-NE** |
| | ) | |
| **GMAC MORTGAGE, LLC, *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER OF DISMISSAL**

Pursuant to the parties' Joint Stipulation of Dismissal, it is ORDERED that all of plaintiffs' claims are DISMISSED with prejudice. Costs are taxed as paid. The Clerk is directed to close this file.

DONE this 12th day of November, 2013.

Lynwood Smith

United States District Judge